# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-2127__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Norfolk Southern Railway Company__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__/s/ Daniel R. Warman__
(signature)

| | |
|---|---|
| Daniel R. Warman | 757-625-1192 |
| Name (printed or typed) | Voice Phone |
| Ventker & Warman, PLLC | 757-625-1475 |
| Firm Name (if applicable) | Fax Number |
| 101 W. Main Street, Suite 810 | |
| Norfolk, VA  23510 | danwarman@aol.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __Sept, 19, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| William D. Breit<br>Serious Injury Law Center, PLLC<br>5544 Greenwich Road, Suite 100<br>Virginia Beach, VA  23462 | Steven M. Legum<br>Goldblatt, Cohen & Legum, P.C.<br>555 E. Main Street, Suite 1102<br>Norfolk, VA  23510 |

__/s/ Daniel R. Warman__                                    __9/19/13__
Signature                                                              Date