UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __13-2127__    Caption: __Gilbert Bynum v. Norfolk Southern Railway Company__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Norfolk Southern Railway Company__
(name of party/amicus)

who is __appellant__, makes the following disclosure:
         (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☑ YES ☐ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Norfolk Southern Corporation

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☑ YES ☐ NO
   If yes, identify all such owners:
   Norfolk Southern Corporation

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☒ NO
If yes, identify entity and nature of interest:

   N/A

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☒ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

   N/A

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☒ NO
If yes, identify any trustee and the members of any creditors' committee:

   N/A

Signature: /s/ Daniel R. Warman                    Date: 9/19/13

Counsel for: Norfolk Southern Railway Company

# CERTIFICATE OF SERVICE
****************************

I certify that on Sept. 19, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

William D. Breit
Serious Injury Law Center
5544 Greenwich Rd, Suite 100
Virginia Beach, VA  23462

Steven M. Legum
Goldblatt, Cohen & Legum
555 E. Main Street, Suite 1120
Norfolk, VA  23510

/s/ Daniel R. Warman                    9/19/13
   (signature)                          (date)