FILED: October 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2112 (L)
(2:13-cv-00373-RBS-LRL)
_____

In re: NORFOLK SOUTHERN RAILWAY COMPANY

     Petitioner

_____

No. 13-2127
(2:13-cv-00373-RBS-LRL)
_____

GILBERT BYNUM

     Plaintiff - Appellee

v.

NORFOLK SOUTHERN RAILWAY COMPANY

     Defendant - Appellant

_____

O R D E R
_____

The court consolidates Case No. 13-2112 and Case No. 13-2127. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

The court adopts the briefing order previously filed in 13-2127 on 09/19/2013.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>